IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF NORTH CAROLINA
NORTHERN DIVISION

No. 2:12-cr-00019-D-1

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| | ) | |
| v. | ) | ORDER |
| | ) | |
| DWIGHT LAMAR JONES, | ) | |
| | ) | |
| Defendant. | ) | |

This matter comes before the Court on the United States of America's Motion to seal its Exhibit 1, [D.E. 159], attached to its response in opposition to Defendant's motion for compassionate release. For good cause having been shown, the United States' motion is GRANTED. The Clerk of Court is DIRECTED to seal the United States Exhibit 1, [D.E. 159], attached to the United States' response in opposition to Defendant's motion for compassionate release.

SO ORDERED this __2__ day of __February__, 2021.

_J. Dever_

JAMES C. DEVER III
United States District Judge